Dismissed and Memorandum Opinion filed July 15, 2004









Dismissed and Memorandum Opinion filed July 15, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00718-CV

NO. 14-04-00124-CV

____________

 

FRESH COAT, INC., Appellant

 

V.

 

LIFE FORMS, INC., Appellee

 



 

On
Appeal from the 125th District Court

Harris
County, Texas

Trial
Court Cause Nos. 00-59747 and 02-39408

 



 

M E M O R A N D U M   O P I N I O N

These are consolidated appeals from two judgments signed
April 23, 2003, and March 26, 2003.  On
April 28, 2004, appellant filed agreed motions to abate these appeals to
finalize a global settlement agreement in these and related cases.  Accordingly, the court granted the motions
and on May 6, 2004, the court abated the appeals for sixty days.

On July 7, 2004, appellant filed motions to dismiss these
appeals because all the cases have been settled.  See Tex.
R. App. P. 42.1.  The motions are
granted.








Accordingly, the appeals are ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed July 15, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman.